IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN B. YANCEY, JR.**  **PLAINTIFF**
*ADC #95844*

v.  **CASE NO. 4:24-CV-00514-BSM**

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

**ORDER**

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. John Yancey's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim upon which relief may be granted; it is recommended that this dismissal count as a "strike" for the purposes of 28 United States Code section 1915(g); and it is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. Moreover, Yancey's request to amend his complaint in his response to the recommended disposition [Doc. No. 5] is denied as futile because the proposed amendment would also not survive screening. *See Bowman v. Prudential Ins. Co. of Am.*, 260 F. Supp. 3d 1072, 1079 (W.D. Ark. 2017) (citing *Hintz v. JPMorgan Chase Bank, N.A.*, 686 F.3d 505, 511 (8th Cir. 2012)) (proposed amendment to complaint is considered futile if it would not survive subsequent motion to dismiss); *see also Harris v. Ruthenberg*, 62 F. Supp. 3d 793, 800 (N.D. Ill 2014) (citing *Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013)) (judicial screening of a prisoner's civil complaint against a government entity or government officer is done under the same standard applicable to a

motion to dismiss for failure to state a claim).

    IT IS SO ORDERED this 8th day of July, 2024.

                                                  */s/ Brian S. Miller*
                                            UNITED STATES DISTRICT JUDGE