IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN B. YANCEY, JR.**  **PLAINTIFF**
*ADC #95844*

v.  CASE NO. 4:24-CV-00514-BSM

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE